**UNITED STATES DISTRICT COURT** FILED
**SOUTHERN DISTRICT OF CALIFORNIA**

11 FEB -2 PM 1:45

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR69-BEN |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| VICTORINO ESTRADA-LEOCADIO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of the Information: _8:1326(a) and (b)_

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/1/11

_____
JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE